FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )  Case No.: CR 08-334R-1
              Plaintiff, )
                         )
    vs.                  )  ORDER OF DETENTION AFTER HEARING
                         )  [Fed.R.Crim.P. 32.1(a)(6);
                         )  18 U.S.C. 3143(a)]
                         )
_Baker_    Defendant.    )
_____)

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD/CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___absconding allegation___

1
2
3
4       and/or

5  B.   ( )  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on:_____
10      _____
11      _____
12      _____
13

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16
17 Dated: 10/19/11
18
19                                         _____
20                                         UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28