

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jason Baker,<br><br>　　　　　Defendant. | Case No. CR 08-354-R<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

The Court finds that

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ Lack of bail resources
    ☐ Refusal to interview with Pretrial Services
    ☐ No stable residence or employment
    ☒ Previous violations of probation, parole, or release conditions
    ☐ Ties to foreign countries
    ☒ Allegations in petition
    ☐

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ Nature of previous criminal convictions
    ☒ Allegations in petition
    ☒ Substance abuse
    ☐ Already in custody on state or federal offense
    ☐

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: January 23, 2015

/s/ 
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE